**Charles Carlo CINTRON,
Petitioner–Appellant,**

v.

**Theodis BECK, Secretary of the N.C.
Department of Correction,
Respondent–Appellee.**

**No. 01–7480.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 19, 2001.

Decided Jan. 24, 2002.

Charles Carlo Cintron, Appellant Pro Se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Charles Carlo Cintron seeks to appeal the magistrate judge's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001).* We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. *Cintron v. Beck,* No. CA–01–158–1 (M.D.N.C. July 17, 2001). We grant Cin-

---

* The parties consented to the magistrate judge's jurisdiction pursuant to 28 U.S.C.

tron's motion to waive the requirement to file multiple copies of pleadings in this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*